IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 0 4 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| BARBARA C. FREEMAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:04CV00096 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JO ANNE B. BARNHART, ) | By: Samuel G. Wilson |
| Commissioner of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered remanding the case to the Commissioner for further proceedings. Objections to the report and recommendation have not been filed, and the court upon a review of the record is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the matter is **REMANDED** to the Commissioner for further proceedings, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This August 4th, 2005.

_____
UNITED STATES DISTRICT JUDGE