IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
DEC 1 3 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| BARBARA C. FREEMAN, | ) |
| Plaintiff, | ) Civil Action No. 5:04CV00096 |
| v. | ) ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) By: Samuel G. Wilson<br>) United States District Judge |
| Defendant. | ) |

Petitioner, Kevin J. Sullivan, attorney for Barbara C. Freeman has filed a motion for attorneys fee under Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412(d) in the amount of $337.00. The Commissioner has advised the court she has no objection to the requested fee. Accordingly, it is **ORDERED** and **ADJUDGED** that Kevin J. Sullivan, Esq. be awarded an attorney fee in the amount of $337.00.

**ENTER**: This December 13, 2005.

_____
UNITED STATES DISTRICT JUDGE